NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ANDREW SHERFIELD,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7052

---

Appeal from the United States Court of Appeals for Veterans Claims in 08-3516, Judge William P. Greene, Jr.

---

## ON MOTION

---

## ORDER

Andrew Sherfield moves for a 45-day extension of time, until August 29, 2011, to file his reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUL 2 1 2011
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kenneth M. Carpenter, Esq.
     Lauren A. Weeman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 1 2011

JAN HORBALY
CLERK